AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00313 |
| Kevin Brent Buchanan | ) Assigned to: Judge Meriweather, Robin M. |
| ▮ | ) Assign Date: 11/14/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 31, 2023  in the county of  Washington  in the
District of  Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 875(c) | Interstate Transmittal of Threats |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Biscardi, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  11/14/2023

_____
*Judge's signature*

City and state:  Washington, D.C    Robin Meriweather, USMJ
*Printed name and title*