AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23-mj-00313 |
| Kevin Brent Buchanan | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 11/14/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kevn Brent Buchanan,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:
   Title 18, United States Code,  Section 875(c)   (Interstate Transmittal of Threats)

Date:  11/14/2023

Issuing officer's signature: [signed] 2023.11.14 18:43:35 -05'00'

City and state:   Washington, D.C.

Robin Meriweather, USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* 11/14/2023, and the person was arrested on *(date)* 11/17/2023
at *(city and state)*   Tooele, UT.

Date: 11/17/2023

*Arresting officer's signature*

SA Matt Larson FBI
*Printed name and title*