**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 1:23-MJ-313-RMM** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **KEVIN BRENT BUCHANAN,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CONSENT MOTION FOR AN ORDER TO DISCLOSE**
**GRAND JURY MATERIAL AND OTHER SEALED MATERIALS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for entry by this Court of an order permitting the disclosure of grand jury materials and other case-related sealed materials to the defendant, Kevin Buchanan, and his counsel.

The government seeks a court order permitting the disclosure of grand jury material and other sealed materials in so far as such disclosure is necessary for the government to comply with its discovery obligations. Under Federal Rule of Criminal Procedure 6(e)(3)(E)(i): "The court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding." Rule 6(e)(3)(F) provides certain requirements for a petition under Rule 6(e)(3)(E)(i), including that the petition be filed in the district where the grand jury convened and that the court "must afford a reasonable opportunity to appear and be heard to: (i) an attorney for the government; (ii) the parties to the judicial proceeding; and (iii) any other person whom the court may designate." The government submits that the requirements of Rule 6(e)(3)(F) are satisfied by this motion.

1

The government further submits that such an order is appropriate because some of the grand jury and other sealed materials constitute material to which the defendant is entitled as part of his discovery.

The government conferred with counsel for the defendant regarding this motion and proposed order. The defense does not object to the filing of the motion and entry of the proposed order.

Accordingly, the government respectfully requests an order authorizing the disclosure of grand jury material and other sealed materials to the defendant and his counsel. *See* Rule 6(e)(3)(E)(i).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____/s/_____
RISA BERKOWER
Assistant United States Attorney
Bar No.: NY 4536538
601 D St. NW
Washington, DC  20530
Email: Risa.berkower@usdoj.gov
Phone: 202-803-1576

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:23-MJ-313-RMM |
| | : | |
| | : | |
| KEVIN BRENT BUCHANAN | : | |
| | : | |
| Defendant. | : | |

## ORDER GRANTING LEAVE TO DISCLOSE GRAND JURY AND SEALED MATERIALS

Having received the government's Unopposed Motion For an Order to Disclose Grand Jury Materials and Other Sealed Materials, in which the government seeks leave from the Court to provide the defense with copies of case-related sealed documents and grand jury material, in so far as such disclosure is necessary for the government to comply with its discovery obligations, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(3), the Court authorizes the government to disclose case-related sealed documents, grand jury transcripts, and other materials obtained in this case pursuant to grand jury subpoenas.

SO ORDERED this _____ day of _____, 2023.

_____
THE HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE